No. 72–1448.   HOWELL v. JONES, SHERIFF, 414 U. S. 803 and 1052.   Motion for leave to file second petition for rehearing denied.   MR. JUSTICE STEVENS took no part in the consideration or decision of this motion.

FEBRUARY 26, 1976

No. 75–1085.   INFORMATION DYNAMICS, LTD. v. GREENWAY ET UX.   C. A. 9th Cir.   Certiorari dismissed under this Court's Rule 60.

FEBRUARY 27, 1976

No. 75–436.   BUCKLEY ET AL. v. VALEO, SECRETARY OF THE UNITED STATES SENATE, ET AL.; and

No. 75–437.   BUCKLEY ET AL. v. VALEO, SECRETARY OF THE UNITED STATES SENATE, ET AL., *ante*, p. 1.   Motion of appellees Center for Public Financing of Elections et al. to extend stay heretofore entered by this Court on January 30, 1976 [*ante*, at 144], is hereby granted, but for a period of 20 days, to and including the close of business day of March 22, 1976.   MR. JUSTICE BLACKMUN would deny the motion.   MR. JUSTICE STEVENS took no part in the consideration or decision of this motion.

MARCH 1, 1976

No. 75–966.   FLANNERY v. CITY OF NORFOLK.   Appeal from Sup. Ct. Va. dismissed for want of substantial federal question.